# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| Yumbella Batey, individually and on behalf of all others similarly situated, ) | Case No. 4:23-cv-04031 |
| ) | |
| Plaintiff, ) | Notice of Voluntary Dismissal With Prejudice |
| v. ) | |
| ) | |
| GSK Consumer Health, Inc., ) | Judge: Honorable Sara Darrow |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yumbella Batey hereby voluntarily dismisses with prejudice all claims, causes of action, and parties, with each party to bear her/its own attorneys' fees and costs.

Dated: June 16, 2023

Respectfully submitted,

/s/ *Spencer Sheehan*
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiff Yumbella Batey*